MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego, California 92102
Telephone: (619)-232-8987

Attorney for Defendant
JONATHAN CONTRERAS

**FILED**

JUN 2 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06-CR2614 |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE |
| JONATHAN CONTRERAS, ) | SENTENCING AND ORDER THEREON |
| Defendant. ) | |

Sentencing in this matter is currently set for June 25, 2007. The defendant is currently not in custody.

Rebecca Kanter, the Assistant United States Attorney in this matter and Michael D. Stein, Attorney for Defendant, have come to the conclusion that the sentence in this matter should be continued in order to resolve other issues between plaintiff and defendant.

WHEREFORE, the attorney's for plaintiff and defendant hereby jointly move for a continuance of sentencing from June 25, 2007 to August 20, 2007, 9:00am.

**SO STIPULATED:**

Dated: June 20, 2007

s/michael d. stein
MICHAEL D. STEIN,
Attorney for Defendant,
JONATHAN CONTERAS

- 1 -

Received at: 4:16PM, 6/20/2007

06/19/2007 16:16  6192322286      MICHAL STIENLL                PAGE 02
06/20/2007 14:37 FAX 7603521167   STAPLES                       ☒001
06/19/2007 15:14  6192322286      MICHAL STIENLL                PAGE 03

1  SO STIPULATED

2

3  Dated: June 20, 2007

4                                          s/rebecca s. kanter
                                           REBECCA S. KANTER,
5                                          Assistant United States Attorney

6

7  SO ACKNOWLEGED.

8

9  Dated: June 20, 2007

10                                         s/jonathan contreras
                                           JONATHAN CONTRERAS,
11                                         Defendant.

12

13   The Court finds that time is excluded until acceptance
14   of the plea.

15

16   IT IS SO ORDERED.

17   Dated: 6/21/07

18                                         _____
19                                         Marilyn L. Huff, District Judge
                                           United States District Court
20

21

22

23

24

25

26

27

28

- 2 -

JOINT MOTION FOR CONTINUANCE OF SENTENCING